# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK J. ELLERBE** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **THE MAYOR OF PHILADELPHIA, THE PRESIDENT OF CITY COUNCIL, THE MANAGING DIRECTOR, THE POLICE COMMISSIONER, THE SHERIFF (PHILA. COUNTY), THE INSPECTOR GENERAL (PHILA), THE DISTRICT ATTORNEY (PHILA) and PHILA. PRISON SYSTEM COMMISSIONER, All Defendants In Their Official and Individual Capacities** | : | NO. 19-2716 |

## ORDER

**NOW,** this 3rd day of July, 2019, upon consideration of plaintiff Derrick J. Ellerbe's application to proceed *in forma pauperis* (Document No. 1) and his *pro se* Complaint, it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915, plaintiff is **GRANTED LEAVE** to proceed *in forma pauperis*.

2. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous.

/s/ TIMOTHY J. SAVAGE J.